FILED

DEC 24 2009

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF WEST VIRGINIA

CIVIL DIVISION

|  |  |
|---|---|
| TERRY JONES,R.# o4492-007 | ) |
| U.S. Medical Center F/BOP | ) |
| P.O.Box 4000 | ) |
| Springfield, Missouri 65801 | ) |
| Plaintiff/Petitioner(s). | ) |
|  | ) |
| -vs- | ) |
| UNITED STATES OF AMERICA | ) |
| JOE DRIVER, HEAD WARDEN USP | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant/Respondent(s). | ) |

Docket No. 2:09-1545

(To be supplied by the Clerk)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

-------------------------------------------------------------------

I. **JURISDICTION:** PURSUANT TO 28 U.S.C.§§ 1331&1343(3)(4);1346&2671-4: and 28 U.S.C. 1367-SUPPLEMENT:

A. Plaintiff's mailing address and/or register number and present place of confinement.

U.S. Medical Center F/BOP///P.O.Box 4000

Springfield, Missouri 65801-4000

B. Defendant United States of America is employed as

(Name of First Defendant)

Government of the U.S.A.

(Position/Title)

N/A

N/A

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes ( )          No ( )    N/A (X)

If your answer is "yes", briefly explain:

N/A

Rev. 2/00

1

9

C.   Defendant __Joe Driver,Head warden-USP-Hazelton,__ is employed as
(Name of Second Defendant)

__West Virginia Chief warden; USP-Sky View Drive__
(Position/Title)

with __U.S. Government, Sky View Drive__
(Employer's Name and Address)
__Bruceton Mills, WV 26525__

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)        No ( )

If your answer is "yes", briefly explain:

__Joe Driver was the Head Warden and chief policy maker__
__for the USP-Hazelton, WV.__

D.   Using the outline of the form provided, include the above information for any additional defendant(s). There are additional medical staff Defendants but their names and addresses are not know at this time.

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )        No (X)

B.   If your answer to "A" is "yes", describe the lawsuit(s) in the space below.  (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.)  __Failure to comply with this provision may result in summary denial of your complaint.__   N/A

- 2 -

1.  Parties to previous lawsuits:
    Plaintiff(s) ......N/A........

    Defendant(s) _____ N/A _____

2.  Court (if Federal Court, name the District; if State Court, name the County)
    N/A

3.  Docket number _____ N/A _____

4.  Name of Judge to whom case was assigned _____ N/A _____

5.  Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
    N/A

6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
    N/A

7.  Approximate date of filing lawsuit _____ N/A _____

8.  Approximate date of disposition _____ N/A _____

## III.  GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? _Yes there is one_

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?
    Yes (X)  No ( )

C.  If your answer is "yes",
    1.  What steps did you take? _Filed FTCA-Form and BP 8,9, 10,& 11_
        _with the BOP staff to no avail at all._

    2.  What was the result? _Nothing happen at all. They were so_
        _indifferent to the Plaintiff' medical needs.See_
        _attached grievance forms_

D.  If your answer is "no", explain why not. _____ N/A/ _____

Rev. 2/00

E.   If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( · )   No ( )          N/A

F.   If your answer is "yes",
     1.   What steps did you take?  _____ N/A _____
          _____
          _____

     2.   What was the result?  _____ N/A _____
          _____
          _____

G.   If your answer is "no", explain why not. ____ N/A _____
     _____
     _____
     _____

H.   Attach copies of your request for an administrative remedy and the response(s) you received.
     If you cannot do so, explain why not:  See Plaintiff's Exhibits attached
     attached hereto. _____
     _____

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.**  Additionally, attach any relevant, supporting documentation.

                    JURISDICTION STATEMENT

[1]      This redress involes a civil Rights violation and Eitht Amendment vio-
     lations and on going medical-deliberate Indiffirence/Negligence under
     the Fifth and Fourteenth Amendments to the U.S. Constion, and also are
     pursuant to Title 28 U.S.C.§§1331, 1343; 1346; 1367; 2671 & 2674.

                    FACTUAL   ALLEGATIONS

[2]      On or about December 20th, 2007 Plaintiff was injued in USP Hazelton,
     West Virginia, while moving through the Cellblock "B-2" unit. Plaintiff
     sliped and fell on another inmates body/blood,(this inmate had been
     had been stabbed by several other inmates that had three other inmates
     that had been let into the unit by the Unit-Manager, Lee Masters. Once
he let them in and they pulled out knifes, he ran and locked hisself in where they
could not get at him; and they were free to run through the unit stabbing people

at will). Thus the reason for the Plaintiff running through the Unit was to try and find a place of safty to get out of the reach of the stabbers, and thus he fell in the blood of one that had been stabbed.

[3]     Now that is the begainning cause of the Plaintiff's medical problems. From this fall the Plaintiff experienced severe pain in his neck and back; and in no time , stiffness and numbing sensations in his legs, feet, neck and back, and his hands and arms also. These injuries were caused by the slip and fall but over time much of it became negligence and deliberate indifference to the Plaintiff's medical needs for the proper treatment.

[4]     After the Plaintiff had fallen a staff person helped pick the Plaintiff up off the floor. The staff person then put the Plaintiff along with several other inmates in shower room and locked the door. Then some three days later the Plaintiff was allowed to see some medical personel. They ordered him to be x-rayed and he was given a EKG. Oncy that was done, the doctor informed the complaintiff that the results showed no abnormalities.

[5]     As the pain grew worst the Plaintiff started to have problems walking and moving his hands, arms and legs. Thus he complained more of his medical nelect, to no avail; for his complants were outrightly denied. The Plaintiff requested an M.R.I. by that to was denied

[5]   In November , 2008 the Plaintiff was transferred to the Oklahoma transport center at Oklahoma City, OK; and after five days in the transport center the Plaintiff was transferred to Tucson, Az.

[6]     Once at tucson, AZ. the Plaintiff still did not get the proper treatment. His condition deteriorate until one day he just passedout in the rec yard. Plaintiff was then taken to a outside-community hospital and they determined that the Plaintiff need emergency surgery due to the three-slip dist in my neck. They also discovered that Plaintiff had slip dist in his back too. Now because of the lack of medical treatment at Hazelton, West Virginia for the injuries Plaintiff received when he slipped on the blood on the floor he developed high blood pressure and temporary kidney failure. That was what the Hazelton medical staff should have done in the first instance when Plaintiff complained about pains in his legs, hands, arms and body in generalin the back and neck area.

[7]     Thus the Defendants lack of proper medical at the time, which deterorated over time was the approximate cause of the Plaintiff suffering and pain, and caused worssing medical condition.

[8]     The Plaintiff because of his mistreatment at the hands of Hazelton medical and corectional staff,, he is almost parlyzed in his legs and hands; and is forced to move about with a walker-/stroller. Plaintiff is in constant pain; and his health has forever been changed because of the USP-Hazelton medical and corectional staff's actions or lack there off toward the Plaintiff.

Rev. 2/00

V.     REQUEST FOR RELIEF.

State exactly what you want the Court to do for you.  If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example:  illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

WHEREFORE, THE Plaintiff pray for judgment against the Defendants as follows:

[1] Compensatory damages in  the amount of $2,000,000.00 dollars

[2]For punitive damages in an amount of $2,000,000.00 dollars

[3] For findings of fact based on the evidence at trial;

[4] For reasonable expenses, including court costs, litigational costs and attorney fees and costs.; and injunctive relief against nay harassment.

VL     **JURY DEMAND** *(check one box below)*

The plaintiff does [X]     does not [ ]     request a trial by jury. *(See Fed.R.Civ.P. 38.)*


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.   The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).


Signed this _18_ day of __December__, 20_09_.

The foregone writ is affirmed according to law under the penalty of perjury, pursuant to 28 U.S.C. § 1746, on the above cited date.

_Terry L Jones_
                    Signature of Plaintiff
Terry Jones.....04492-007
U.S. Medical Center F/BOP///P.O.Box 4000
Springfield, Missouri 65801-4000

/S/ _____
                    Signature of attorney, if any

Rev. 2/00

- 6 -

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 29, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : TERRY JONES, 04492-007
      SPRINGFIELD USMCFP    UNT: MED/SURG    QTR: V02-092L
      P.O. BOX 4000
      SPRINGFIELD,  MO 65801


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 548451-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : SEPTEMBER 3, 2009
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS        : CONCUR THAT THIS APPEAL WAS RECEIVED UNTIMELY.
                 YOUR MEDICAL CONDITIONS SHOULD BE ADDRESSED AT
                 THE INSTITUTION LEVEL FIRST.



U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Jones Terry L.__    __09492-007__   __3-2__   __U.S.M.P. F-F__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

In or about December 20th-30th, 2007 I was experiencing severe neck and back pain, along with stiffness and a numbing sensation in my legs, feet, back arms and hands, which was caused by a slip and fall injury in another inmates blood I sustained while at USP Hazelton. I immediately informed medical staff of my complaints and, therefore an EKG and X-ray was performed. The doctor informed me that the results showed no abnormalities. I continued wanting medical staff complaining of pain, numbness, stiffness, and radiant pain throughout my entire body, and therefore requested a MRI. My request was outright denied. In November 2008, I was sent to Oklahoma transfer center with little to no medical treatment given to my indications. Therefore, in violation of my constitutional rights, due to medical neglect and federal statutory rights, the reason of this BP10 is that I be given 2,000,000.00.

__8-20-09__      __Terry Jones__
DATE       SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED
by LW
OCT 15 2009

_____       GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

**Part C - RECEIPT**
      CASE NUMBER: _____

Return to: _____
     LAST NAME. FIRST. MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE                                                  BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 6, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : TERRY JONES, 04492-007
      SPRINGFIELD USMCFP     UNT: MED/SURG     QTR: N02-062L
      P.O. BOX 4000
      SPRINGFIELD,  MO 65801


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 548451-R1        REGIONAL APPEAL
DATE RECEIVED   : AUGUST 3, 2009
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS         : HAZELTON HE SLIPPED & FELL & WAS EXPERIENCING SEVERE
                  NECK & BACK PAIN.  HE WAS DENIED AN MRI.

U.S. Department of ...

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | JONES, TERRY L. | 04492-007 | 3-2 | USMCFP-SPRG. |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** On or about December 20-30, 2007, I was experiencing severe neck and back pain, along with stiffness and a numbing sensation in my legs, eet, neck,back,arms and hands, which was caused by a slip and fall injury on nother inmate's blood I sustained while at USP Hazelton. I immediately informed edical staff of my complaints and, therefore an EKG and Xray was performed. The octor informed me that the results showed no abnormalities. I continued writing edical staff complianing of pain, numbness, stiffness and radiant pain throughut my entire body, and therefore requested a MRI. My request was outright denied. n November 2008, I was sent to Oklahoma transfer center with little to no medical reatment given to my indications.

Therefore, in violation of my constitutional rights, due to medical neglect nd federal statutory rights, the request of this BP10 is that I be given... 2,000,000.00.

espectfully Submitted,

| 7-28-09 | _Terry Jones_ |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

RECEIVED
AUG - 3 2009
BY:--------------------

| | |
|---|---|
| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 5¢/S451·R\

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| | |
|---|---|
| DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

USP LVN

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 23, 2009


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SPRINGFIELD USMCFP

TO  : TERRY JONES, 04492-007
      SPRINGFIELD USMCFP    UNT: MED/SURG    QTR: N02-062L
      P.O. BOX 4000
      SPRINGFIELD,  MO 65801


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 548451-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JULY 22, 2009
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS        : HAZELTON HE SLIPPED & FELL & WAS EXPERIENCING SEVERE
                 NECK & BACK PAIN.  HE WAS DENIED AN MRI.
```

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | JONES, TERRY L. | 04492-007 | 3-2 | USMCFP-SPG |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** On or about December 20-30, 2007 I was experiencing severe neck and back pain, along with stiffness and a numbing sensation in my legs, feet, neck, back, arms and hands, which was caused by a slip and fall injury on another inmate's blood I sustained while at USP Hazelton. I immediately informed medical staff of my complaints and, therefore an EKG and Xray was performed. The doctor informed me that the results showed no abnormalities. I continued writing medical staff complaining of pain, numbness, stiffness and radiant pain throughout my entire body, and therefore requested a MRI. My request was outright denied. In November 2008, I was sent to Oklahoma transfer center with little to no medical treatment given to my indications.

 Therefore, in violation of my constitutional rights, due to medical neglect and federal statutory rights, the request of this Bp9 is that I be given $2,000,000.00.

Respectfully Submitted,

*Terry Jones #04492-007*

| | |
|---|---|
| 7-20-09 | *Terry Jones* |
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

```
MEDICAL CENTER FOR
FEDERAL PRISONERS
LEGAL OFFICE

JUL 22 2009

RECEIVED
```

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**   CASE NUMBER: 548451-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| | | | |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN   PRINTED ON RECYCLED PAPER   BP–229(13) APRIL 19

Attachment A
SPG-1330.13f

## U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
### SPRINGFIELD, MISSOURI

### Administrative Remedy System
### Informal Resolution Form

**NOTICE TO INMATE/PATIENT:**  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three (3) steps listed below:

1. State below your specific complaint.
2. State below what efforts you have made to resolve your complaint informally.
3. State below what action or resolution you expect.

On or about December 20-30,2007 I was experiencing severe neck and back pain, along with stiffness and a numbing sensation in my legs,feet,neck,back arms and hands, which was caused by a slip and fall injury on another inmate' blood I sustained while at USP Hazelton. I immediately informed (**See Attac=** **hment)** *Terry Jones*

_Terry Jones_ _____ 04492-007 _____ 7-5-09
Signature                        Reg. No.               Date

Correctional Counselor's Comments (Including actual steps taken to resolve).

_This issue can not be resolved at this level_

_[signature]_ _____ 7/6/09
Counselor's Signature                 Date

Distribution:

I.   _If complaint is informally resolved_, forward original to the **Administrative Remedy Coordinator.**
II.  If complaint is **NOT** informally resolved, forward original attached to BP-9 Form to the **Administrative Remedy Coordinator.**
III.

| | Form Returned To Counselor | BP-9 Given To Inmate | BP-9 Returned To Counselor | BP-9 Delivered To Atty Advisor |
|---|---|---|---|---|
| Date | 7/6/09 | 7/7/09 | | |
| Time | | | | |
| Counselor | Smith | Smith | | |

## CERTIFICATE OF SERVICE

I, ___Terry   Jones___, Plaintiff, hereby certify that

I have served a true and correct copy of the foregoing ___Writ___ on the

below:

[a.]   Mr. Eric Holder, Attorney General of the United States, at
       U.S. Department of Justice
       10th & Constitution Avenue, N.W.
       Washington, D.C. 20510


[b.]     One original and  two copies to the Clerk of the Court at,
         United states District for the Northern District of West Virginia
         PostOffice Box 1518///U.S. Courthouse
         Elkins, West Virginia 26241


         Which is deemed filed at the time it was delivered to

prison authorites for forwarding, SEE: HOUSTON -V- LACK, 101 L.Ed.2d 245(1988)

Upon the defendant/ defendant and his attorney/ attorney of record, by place-

ing and/or the same in the United States Maile Box at the Facility provided

for legal mail/Court Mail...on this 18th day of ___december___, ___2009___.

         The above stated is affirmed by the undersigned under

and pursuant to 28 U.S.C. § 1746., Under the penalty of perjury.


/S/_____

Mr. ___Terry___ Jones , Plaintiff
Reg.# 04492-007

United States Medical Cent F/BOP
P.O.Box 4000

Springfield, Missouri 65801-4000

CC:Files

